IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case Nos. 3:16-cr-00367-JO-1 |
|  | 3:16-cr-00368-JO-1 |
| **Plaintiff,** | |
| v. | **ORDER GRANTING MOTION TO REDUCE SENTENCE** |
| **JUAN ROLDAN-BARRERA,** | |
| **Defendant.** | |

This matter is before the Court on the Mr. Roldan-Barrera's unopposed motion to reduce sentence under 18 U.S.C. § 3582(c)(1)(A)(i). Based on the motion and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of the defendant's sentence to time served. Thus, the sentence is hereby amended for a term of time served.

IT IS HEREBY ORDERED that, effective 72 hours after the signing of this motion to reduce the term of imprisonment imposed in this case to time served is GRANTED;

IT IS FURTHER ORDERED that an amended judgment shall be issued in this case reducing the sentence to time served effective 72 hours after the signing of this order, with all previously imposed conditions of supervised release remaining unchanged.

Dated this 26TH day of March, 2021.

/s/ Robert E. Jones_____
The Honorable Robert E. Jones
Senior United States District Court Judge